UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | ) 3:20-CV-00315-DCLC |
| vs. | ) |
| LINCOLN MEMORIAL UNIVERSITY, | ) |
|     Defendant | ) |

**ORDER**

Plaintiff initiated this action on July 16, 2020 [Doc. 1] and contemporaneously filed a Motion for Preliminary Injunction ("the Motion") [Doc. 3]. On July 24, 2020, the Court held a teleconference with James Stovall, counsel for Plaintiff, and Keith Coates, counsel for Defendant, to discuss the briefing and hearing schedule for the Motion. The parties agreed Defendant shall have until **Monday, August 10, 2020** to file a response to the Motion. A status conference is set for **Thursday, August 13, 2020 at 1:30 p.m. ET**. Counsel for Plaintiff and counsel for Defendant shall call the chambers conference line at 866-390-1828 and enter access code 4845352 at the designated time. Further, a hearing on the Motion is set for **Thursday, August 20, 2020 at 9:00 a.m. ET** at the James H. Quillen United States Courthouse in Greeneville, Tennessee, in Courtroom 420.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge