UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JOHN DOE,                                    )
                                             )
                  Plaintiff,                 )          3:20-CV-00315-DCLC
                                             )
            vs.                              )
                                             )
LINCOLN MEMORIAL UNIVERSITY,                 )
                                             )
                  Defendant                  )

## ORDER

Counsel for Plaintiff and counsel for Defendant informed the Court on August 19, 2020 that the parties have reached a settlement agreement.  It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on or before **September 18, 2020**.  If additional time is needed, the parties shall notify the Court.  If the parties do not file a Stipulation of Dismissal or notify the Court that additional time is needed by the specified date, the Court will dismiss this case based on counsel's notice.

Accordingly, the hearing on Plaintiff's Motion for Preliminary Injunction [Doc. 3] currently set for August 20, 2020 is **CANCELED**.

SO ORDERED:


s/ Clifton L. Corker_____
United States District Judge