UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-CV-00315-DCLC-DCP ) ) |
| LINCOLN MEMORIAL UNIVERSITY, | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe and Defendant Lincoln Memorial University, through counsel, stipulate to the dismissal of this matter with prejudice, with the parties to bear their own costs and expenses.

Respectfully submitted September 15, 2020.

s/James R. Stovall
James R. Stovall, BPR # 032512
**RITCHIE, DILLARD, DAVIES &
    JOHNSON, P.C.**
606 W. Main Street, Suite 300
Knoxville, TN  37902
Phone:(865) 637-0661
Fax:   (865) 524-4623
jstovall@rddjlaw.com
***Attorney for Plaintiff John Doe***

s/J. Keith Coates, Jr.
J. Keith Coates, Jr., BPR# 025839
Kaitlyn E. Hutcherson, BPR# 035188
**WOOLF, McCLANE, BRIGHT, ALLEN
    & CARPENTER, PPLC**
Post Office Box 900
Knoxville, Tennessee 37901-0900
Tel: (865) 215-1000
Fax: (865) 215-1001
***Attorneys for Lincoln Memorial University***